IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSE BRANNEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-3951

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 3, 2015.

An appeal from an order of the Circuit Court for Union County.
Mark W. Moseley, Judge.

Jesse Brannen, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, OSTERHAUS, AND WINOKUR, JJ., CONCUR